IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN SMITH, | : |
| Plaintiff, | :CIVIL ACTION NO. 3:16-cv-00741 |
| | : |
| v. | : (Judge Caputo) |
| | : (Magistrate Judge Saporito) |
| CPL. LOURIERO, et al. | : |
| Defendants. | : |

## ORDER

AND NOW, this 7th day of October, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motions to appoint counsel contained in Docs. 7, 13, and 17, are DENIED WITHOUT PREJUDICE.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: October 7, 2016

FILED
WILKES BARRE
OCT 0 7 2016
Per _____