# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN SMITH,

    Plaintiff,

v.

CPL. LOURIERO, *et al.*,

    Defendants.

NO. 3:16-CV-0741

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SAPORITO)

## ORDER

**NOW**, this 7th day of July, 2017, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 32) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 32) is **ADOPTED in its entirety**.

(2) Defendants' motions to dismiss (Docs. 20 & 23) are **GRANTED** in that:

    A. Plaintiff's federal law claims are **DISMISSED with prejudice**; and

    B. Plaintiff's state law claims are **DISMISSED without prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge